UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONWIDE MUTUAL INSURANCE
COMPANY,

    Plaintiff,

vs.                                                          CASE NO. 2:10-cv-00749-CEH-SPC

FORT MYERS TOTAL REHAB CENTER
INC., PETER REITER, DAVID PINTO,

    Defendants.
_____/

## ORDER

       This matter comes before the Court on the Plaintiff, Nationwide Mutual Insurance Company's Motion to Dispense with Mediation (Doc. # 26) filed on July 22, 2011.

       Pursuant to the Court's March 14, 2011, Case Management Scheduling Order (Doc. # 16), the parties were required to Mediate on or before August 15, 2011. The Plaintiff now moves this Court to dispense with the Mediation requirement.

       As grounds, the Plaintiff states the current cause of action is for breach of a settlement agreement in a prior lawsuit in which the parties mediated. A Mutual Release and Settlement Agreement was filed with the Court and Defendants have allegedly defaulted on their obligations pursuant to the Agreement. Requiring the parties to Mediate this matter would be futile. Therefore, the Court finds good cause to grant the request. M.D. Fla. Local Rule 9.03.

       Accordingly, it is hereby **ORDERED**:

The Plaintiff Nationwide Mutual Insurance Company's Motion to Dispense with Mediation (Doc. # 26) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Fort Myers, Florida, this  16th  day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record