UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONWIDE MUTUAL
INSURANCE COMPANY,

    **Plaintiff,**

v.                                                Case No:  2:10-cv-749-FtM-99SPC

FORT MYERS TOTAL REHAB
CENTER, INC., PETER REITER and
DAVID PITNO,

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff Nationwide's Motion for Sanctions Against Peter Reiter, D.C. (Doc. #49) filed on September 4, 2012. Plaintiff seeks sanctions against Defendant Peter Reiter for failure to respond to discovery in aid of execution. A consent judgment was entered against Defendants on November 30, 2011 (Doc. #39) and an Order awarding additional money in attorney fees and costs was awarded on April 2, 2012 in favor of Plaintiff. (Doc. #47). Plaintiff represents in the instant Motion that Defendant Reiter has failed to cooperate with discovery even though the Court has ordered that Plaintiff may proceed with discovery in aid of execution.

On September 6, 2012, this Court issued an Order directing Defendant Reiter to file a response to Nationwide's Motion for Sanctions. (Doc. #51). In that Order, the Court advised Reiter that he is required to participate and respond to discovery requests submitted by Plaintiff to him. Plaintiff placed his letter response in the mail to the Court on September 19, 2012.

(Doc. #51). [1] His response requests the Court grant him an extension of three months to respond to Plaintiff's request for discovery. He states that he has spoken with opposing counsel who objects to the extension.

Given the impasse that has apparently been reached by the Parties as to how discovery in aid of execution will proceed, the Court believes that a hearing on the issue of sanctions is necessary. Plaintiff's Counsel and Defendant Reiter are advised that they <u>must</u> appear in person. Defendant Reiter is further directed to bring any documents with him which are responsive to Plaintiff's Request for Production in aid of execution. **Failure to appear could result in the Court granting Plaintiff's Motion without the benefit of a response, with an award of sanctions up to and including contempt and arrest**.

Accordingly, it is now

**ORDERED:**

The Court **DEFERS RULING** on Plaintiff Nationwide's Motion for Sanctions Against Peter Reiter, D.C. (Doc. #49). A hearing on Plaintiff's Motion for Sanctions Against Peter Reiter, D.C. (Doc. #49) will be held before the undersigned on **Wednesday, October 17, 2012 at 2:30 p.m.** at the United States Courthouse and Federal Building, 2110 First Street, Courtroom 5D, Fort Myers, Florida 33901.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September, 2012.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has been advised by the Clerk's Office that Mr. Reiter attempted to respond to this Court's Order via facsimile. Mr. Reiter is advised that all future filings must be mailed to the Court or delivered in person. The Court does not accept facsimile correspondence or filings by parties.

Copies:  All Parties of Record

Peter Reiter
3148 Peachtree Circle
Davie, Florida 33328-6705

Peter Reiter
Able Medical Billing
P.O. Box 11894
Fort Lauderdale, Florida 33339